UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRYE J. ARMSTEAD,

Defendant.

2:05-cr-00329-KJD-LRL

**CLARIFICATION ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case 2:05-cr-00329-KJD-LRL on 12/03/2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee listed below:

Name of Payee: Bank of America
Amount of Restitution: $9,472.22

Restitution is joint and several with co-defendants: Denise Dorsey, Natalie Myles, Denise Spratley and Nancy Fleming. The above restitution amount does not reflect payments made.

**IT IS SO ORDERED**

Dated this 9th day of February, 2023.

_____
JUDGE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE